Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-24076 (JNP)

William J. O'Donnell and Antoniarose Hird  
74 Malaga Lake Boulevard  
Malaga, NJ  08328

Monthly Payment: $325.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/09/2023 | $325.00 | 02/06/2023 | $325.00 | 03/02/2023 | $325.00 | 04/03/2023 | $325.00 |
| 05/02/2023 | $325.00 | 05/30/2023 | $325.00 | 06/27/2023 | $325.00 | 07/26/2023 | $325.00 |
| 09/05/2023 | $325.00 | 10/03/2023 | $325.00 | 10/30/2023 | $325.00 | 12/11/2023 | $325.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | WILLIAM J. O'DONNELL | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RICHARD S. HOFFMAN, JR., ESQUIRE | 13 | $4,385.00 | $4,385.00 | $0.00 | $0.00 |
| 1 | ACCOUNT RESOLUTION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BOSCOV'S/CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE, N.A. | 33 | $5,439.23 | $138.12 | $5,301.11 | $0.00 |
| 4 | CAPITAL ONE, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE/BASS PRO | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | JPMORGAN CHASE BANK, N.A. | 33 | $2,374.92 | $60.30 | $2,314.62 | $0.00 |
| 7 | LVNV FUNDING, LLC | 33 | $2,345.75 | $59.56 | $2,286.19 | $0.00 |
| 8 | DISCOVER BANK | 33 | $6,795.76 | $172.56 | $6,623.20 | $0.00 |
| 9 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | FINANCIAL RECOVERIES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | FORD MOTOR CREDIT COMPANY, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MIDFIRST BANK | 24 | $197.01 | $197.01 | $0.00 | $0.00 |
| 14 | JEFFERSON HEALTH - NEW JERSEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | CAPITAL ONE, N.A. | 33 | $841.61 | $21.37 | $820.24 | $0.00 |
| 16 | M & T BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | NEMOURS CHILDREN'S HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | PENN MEDICINE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $536.43 | $13.62 | $522.81 | $0.00 |
| 20 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | ANTONIAROSE HIRD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | RICHARD S. HOFFMAN JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | WILLIAM J. O'DONNELL &#096 | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | ECMC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | AMERICAN HONDA FINANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | VERIZON BY AMERICAN INFOSOURCE | 33 | $275.73 | $7.01 | $268.72 | $0.00 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,198.74 | $30.44 | $1,168.30 | $0.00 |
| 30 | PNC BANK, N.A. | 33 | $18,019.75 | $457.57 | $17,562.18 | $0.00 |
| 31 | PNC BANK, N.A. | 33 | $5,477.69 | $139.10 | $5,338.59 | $0.00 |
| 32 | MIDFIRST BANK | 24 | $10,806.03 | $9,241.26 | $1,564.77 | $3,528.85 |
| 33 | MIDFIRST BANK | 13 | $538.00 | $538.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2019 | 60.00 | $325.00 |
| 08/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,900.00 |
| Total paid to creditors this period: | $3,528.85 |
| Undistributed Funds on Hand: | $293.80 |
| Arrearages: | $325.00 |
| Attorney: | RICHARD S. HOFFMAN, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**