Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–24076–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   William J. O'Donnell
   aka William J. O'Donnell III, aka William
   Joseph O'Donnell
   74 Malaga Lake Blvd.
   Malaga, NJ 08328

   Antoniarose Hird
   aka Toni Hird
   74 Malaga Lake Blvd.
   Malaga, NJ 08328

Social Security No.:
   xxx–xx–9401                                                            xxx–xx–4532

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                April 30, 2024
Time:              11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*40* – Certification in Opposition to Certification of Default (related document:39 Creditor's Certification of Default (related document:33 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 04/5/2024. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Richard S. Hoffman Jr. on behalf of Antoniarose Hird, William J. O'Donnell. (Hoffman, Richard)

and transact such other business as may properly come before the meeting.

Dated: April 4, 2024
JAN: kvr

                                                                                Jeanne Naughton
                                                                                Clerk