Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–24076–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William J. O'Donnell
aka William J. O'Donnell III, aka William
Joseph O'Donnell
74 Malaga Lake Blvd.
Malaga, NJ 08328

Antoniarose Hird
aka Toni Hird
74 Malaga Lake Blvd.
Malaga, NJ 08328

Social Security No.:
xxx–xx–9401                    xxx–xx–4532

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

TO: William J. O'Donnell and Antoniarose Hird
    Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: September 11, 2024
JAN: dmb

Jeanne Naughton, Clerk