Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19–24076–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William J. O'Donnell
aka William J. O'Donnell III, aka William
Joseph O'Donnell
74 Malaga Lake Blvd.
Malaga, NJ 08328

Antoniarose Hird
aka Toni Hird
74 Malaga Lake Blvd.
Malaga, NJ 08328

Social Security No.:
xxx–xx–9401                                          xxx–xx–4532

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 10, 2024</u>             <u>Jerrold N. Poslusny Jr.</u>
                                              Judge, United States Bankruptcy Court